## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'  )
PENSION, WELFARE & ANNUITY FUNDS,  )
                                          )
      Plaintiffs,  )
                                            )
vs.  )      Case No. 08-cv-208-JPG
                                            )
A.C. CONSTRUCTION GROUP, L.L.C.,  )
                                            )
      Defendant.  )

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

**By:s/Deborah Agans, Deputy Clerk**

**Dated:  June 25, 2008**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**